FILED IN OPEN COURT
DATE 7/16/2019
BY: /s/ Ayusman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION, W.D. of VA

| | |
|---|---|
| BRIAN H. CLARK, | ) |
|     Plaintiff, | ) Case No. 4:17-cv-45 |
| v. | ) |
| ROB COLEMAN, | ) By:  Michael F. Urbanski |
|     Defendant. | ) Chief United States District Judge |

## VERDICT FORM

You must follow the instructions that the court has given you in completing this form and in deciding the questions presented to you. Please follow the directions below. Your answers to each of these questions must be unanimous.

(1) Was defendant Rob Coleman's traffic stop of plaintiff Brian H. Clark unreasonable, i.e., did the defendant lack reasonable suspicion to stop the vehicle and detain the plaintiff?

    a. Yes_____ No __✓__

If you answered Yes to this question, go to Question 2. If you answered No, skip the remaining questions, go to the Signature Section at the end of the form, and have your foreperson sign it.

(2) Did the stop of the vehicle deprive the plaintiff of liberty, cause him emotional distress, and/or significantly inconvenience him?

    a. Yes_____ No _____

If you answered Yes to this question, go to Question 3. If you answered No, skip

Question 3, go to the Signature Section at the end of the form, and have your foreperson sign it.

(3)     What is the amount of the plaintiff's damages, excluding punitive damages?

   a.  $_____

(4)     Is the plaintiff entitled to punitive damages?

   a.  Yes_____ No _____

If you answered Yes to this question, go to Question 5. If you answered No, skip Question 5, go to the Signature Section at the end of the form, and have your foreperson sign it.

(5)     What is the amount of the plaintiff's punitive damages?

   a.  $_____

### SIGNATURE SECTION

Date: Jul 16, 2019          Foreperson: John A. Lourigo