AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Brian H. Clark ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:17CV00045 |
| Rob Coleman ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing, the action be dismissed on the merits, and the defendant** *(name)* _____ **recover costs from the plaintiff** *(name)* _____ .

☐ **other:**
_____.

This action was *(check one)*:

☑ **tried by a jury with Judge** Michael F. Urbanski, Chief United States District Judge **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☐ **decided by Judge** _____ **on a motion for**

Date: July 17, 2019

CLERK OF COURT

*Kayersmun*, Deputy Clerk